UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | NO. 3:23-cr-00056-RGJ-RSE-7 |
| COREION TOOGOOD | DEFENDANT |

## **MOTION FOR WORK RELEASE**

Comes now the Defendant, Coreion Toogood, by counsel, Rob Eggert, and moves this Court to grant him work release. In support of this motion, the defendant states the following:

1. Mr. Toogood has been on Home Detention for a significant period of time.

2. He has been compliant in all respects.

3. He has found potential employment. One job is at a temporary agency – Kelly Services, and the other is at FedEx.

4. Mr. Toogood has multiple dependents. If allowed to work, he will attempt to support them.

5. There are numerous co-defendants on this case. Counsel does not know when the case will actually proceed to trial.

6. For all these reasons, and given his compliance with Court Orders, the defendant asks that this Court grant him work release.

WHEREFORE, the defendant moves this Court to enter the Order attached hereto.

                                                  **Respectfully submitted**,

                                                  */s/   Rob Eggert*
                                                  **ROB EGGERT**
                                                  600 West Main Street
                                                  Suite 100
                                                  Louisville, Kentucky 40202
                                                  (502) 540-5700

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 1, 2023, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                                  */s/   Rob Eggert*
                                                  **ROB EGGERT**