UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:23-CR-00056-RGJ-RSE-7

UNITED STATES OF AMERICA,                                                         Plaintiff,

v.

COREION TOOGOOD,                                                                   Defendants.

## ORDER

Before the Court is the Motion for Work Release filed by Defendant Coreion Toogood. (DN 93.) The motion is referred to the undersigned for resolution. (DN 95.) Toogood requested that he be granted work release in this matter because he has found potential employment. (DN 93.) Toogood is currently on home incarceration as a condition of his release on bond, which does not include a release for him to obtain employment. (DN 31.) The United States did not file a response or objection. United States Probation likewise advises that it does not object to the motion.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Work Release (DN 93) is **GRANTED**. Toogood is permitted to leave his mother's residence for work but must allow United States Probation to verify any potential employment and must obey all other directions from United States Probation regarding his employment including any changes in location monitoring.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

November 28, 2023