**FILED**

JAMES J. VILT, JR. - CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DEC 2 0 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

SUPERSEDING INDICTMENT

**DOMINIQUE LEWIS** (Counts 1-24, 39)
**BRYAN FOSTER** (Counts 1, 6, 28-30, 33-38)
**PHILLIP SHOULDERS** (Counts 1, 6, 25-26, 31)
**LARON BROOME** (Counts 1, 32, 37)
**ERICK RICHIE** (Counts 1, 8, 40)
**CHANCE ROGERS** (Counts 1, 27, 36)
**COREION TOOGOOD** (Counts 1 and 27)
**DEVONTAE LINDSEY** (Counts 1 and 24)

NO.   3:23-CR-56-RGJ
18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(g)(9)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

COUNT 1
(*Conspiracy to Distribute Methamphetamine*)

Beginning on a date unknown to the Grand Jury, but at least as early as October 17, 2022

continuing up to and through on or about April 27, 2023, in the Western District of Kentucky,

Jefferson County, Kentucky, **DOMINIQUE LEWIS, BRYAN FOSTER, PHILLIP**

**SHOULDERS, LARON BROOME, ERICK RICHIE, CHANCE ROGERS, COREION**

**TOOGOOD, DEVONTAE LINDSEY**, and                                              defendants

herein, knowingly and intentionally conspired with each other and  others, known and unknown

to the Grand Jury, to distribute five hundred (500) grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, as

defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 2
### (*Distribution of Methamphetamine*)

On or about October 17, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine; a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 3
### (*Distribution of Methamphetamine*)

On or about October 19, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 4
### (*Distribution of Methamphetamine*)

On or about October 25, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).


The Grand Jury further charges:

### COUNT 5
(*Distribution of Methamphetamine*)

On or about November 1, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).


The Grand Jury further charges:

### COUNT 6
(*Distribution of Methamphetamine*)

On or about November 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS, BRYAN FOSTER,** and **PHILLIP SHOULDERS** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 7
### *(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about November 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, the defendant, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 8
### (*Distribution of Methamphetamine*)

On or about November 17, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS** and **ERICK RICHIE**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 9
### (*Distribution of Methamphetamine*)

On or about November 22, 2022, in the Western District of Kentucky, Jefferson County,

Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly and intentionally distributed fifty

(50) grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code,

Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 10
### (*Possession of a Firearm by a Prohibited Person*)

On or about November 22, 2022, in the Western District of Kentucky, Jefferson County,

Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly possessed, in and affecting

commerce, a firearm, that is, a SCCY, Model CPX-2, 9-millimeter pistol, bearing serial number

768526, and ammunition, with knowledge that he had previously been convicted in a court of

crime punishable by imprisonment for a term exceeding one year, to wit:

On or about August 3, 2020 in Shelby Circuit Court, Shelby County, Kentucky, in
Case Number 19-CR-00269, **DOMINIQUE LEWIS**, was convicted of two counts
of Theft by Unlawful Taking, and two counts of Criminal Mischief in the First
Degree;

On or about August 3, 2021 in Jefferson Circuit Court, Jefferson County, Kentucky,
in Case Number 20-CR-001261, **DOMINIQUE LEWIS**, was convicted of
Receiving Stolen Property, two counts of Criminal Mischief in the First Degree,
Wanton Endangerment in the First Degree and Fleeing or Evading Police in the
First Degree;

On or about March 10, 2022 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-002039, **DOMINIQUE LEWIS,** was convicted of Theft By Unlawful Taking.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 11

*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about November 22, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, did knowingly possess a firearm, that is a a SCCY, Model CPX-2, 9-millimeter pistol, bearing serial number 768526, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 12

*(Distribution of Methamphetamine)*

On or about November 30, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 13
*(Possession of a Firearm by a Prohibited Person)*

On or about November 30, 2022, in the Western District of Kentucky, Jefferson County,

Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly possessed, in and affecting

commerce, a firearm, that is, a Taurus, Model G2C, 9-millimeter pistol, bearing serial number

ACL 521969, and ammunition, with knowledge that he had previously been convicted in a court

of crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about August 3, 2020 in Shelby Circuit Court, Shelby County, Kentucky, in Case Number 19-CR-00269, **DOMINIQUE LEWIS**, was convicted of two counts of Theft by Unlawful Taking, and two counts of Criminal Mischief in the First Degree;

> On or about August 3, 2021 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001261, **DOMINIQUE LEWIS**, was convicted of Receiving Stolen Property, two counts of Criminal Mischief in the First Degree, Wanton Endangerment in the First Degree and Fleeing or Evading Police in the First Degree;

> On or about March 10, 2022 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-002039, **DOMINIQUE LEWIS,** was convicted of Theft By Unlawful Taking.

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 14
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about November 30, 2022, in the Western District of Kentucky, Jefferson County,

Kentucky, **DOMINIQUE LEWIS**, defendant herein, did knowingly possess a firearm, that is a

Taurus, Model G2C, 9 millimeter pistol, bearing serial number ACL 521969, in furtherance of a

drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the

offense charged in this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 15
(*Distribution of Methamphetamine*)

On or about December 6, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 16
(*Possession of a Firearm by a Prohibited Person*)

On or about December 6, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, Model G2S, 9 millimeter pistol, bearing serial number ABG 665987, and ammunition, with knowledge that he had previously been convicted in a court of crime punishable by imprisonment for a term exceeding one year, to wit:

On or about August 3, 2020 in Shelby Circuit Court, Shelby County, Kentucky, in Case Number 19-CR-00269, **DOMINIQUE LEWIS**, was convicted of two counts of Theft by Unlawful Taking, and two counts of Criminal Mischief in the First Degree;

On or about August 3, 2021 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001261, **DOMINIQUE LEWIS**, was convicted of Receiving Stolen Property, two counts of Criminal Mischief in the First Degree, Wanton Endangerment in the First Degree and Fleeing or Evading Police in the First Degree;

On or about March 10, 2022 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-002039, **DOMINIQUE LEWIS,** was convicted of Theft By Unlawful Taking.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 17
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about December 6, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, did knowingly possess a firearm, that is a Taurus, Model G2S, 9-millimeter pistol, bearing serial number ABG 665987, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States. that is, the offense charged in this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 18
*(Distribution of Methamphetamine)*

On or about December 19, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 19
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about December 19, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 20
*(Possession of a Firearm by a Prohibited Person)*

On or about December 20, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Ruger, Model EC9S, 9 millimeter pistol, bearing serial number 457-96366, and ammunition, with knowledge that he had previously been convicted in a court of crime punishable by imprisonment for a term exceeding one year, to wit:

On or about August 3, 2020 in Shelby Circuit Court, Shelby County, Kentucky, in Case Number 19-CR-00269, **DOMINIQUE LEWIS**, was convicted of two counts of Theft by Unlawful Taking, and two counts of Criminal Mischief in the First Degree;

On or about August 3, 2021 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001261, **DOMINIQUE LEWIS**, was convicted of Receiving Stolen Property, two counts of Criminal Mischief in the First Degree, Wanton Endangerment in the First Degree and Fleeing or Evading Police in the First Degree;

On or about March 10, 2022 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-002039, **DOMINIQUE LEWIS,** was convicted of Theft By Unlawful Taking.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 21
### (*Distribution of Methamphetamine*)

On or about January 5, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 22
### (*Possessing a Firearm in Furtherance of a Drug Trafficking Crime*)

On or about January 5, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, did knowingly possess a firearm, that is a Diamondback, Model DB9, 9 millimeter pistol, bearing serial number YH9289, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the

offense charged in this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 23
*(Possession of a Firearm by a Prohibited Person)*

On or about January 5, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS**, defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Diamondback, Model DB9, 9 millimeter pistol, bearing serial number YH9289, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about August 3, 2020 in Shelby Circuit Court, Shelby County, Kentucky, in Case Number 19-CR-00269, **DOMINIQUE LEWIS**, was convicted of two counts of Theft by Unlawful Taking, and two counts of Criminal Mischief in the First Degree;

On or about August 3, 2021 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001261, **DOMINIQUE LEWIS**, was convicted of Receiving Stolen Property, two counts of Criminal Mischief in the First Degree, Wanton Endangerment in the First Degree and Fleeing or Evading Police in the First Degree;

On or about March 10, 2022 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-002039, **DOMINIQUE LEWIS,** was convicted of Theft By Unlawful Taking.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 24
*(Distribution of Methamphetamine)*

On or about January 16, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS** and **DEVONTAE LINDSEY**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 25
*(Distribution of Methamphetamine)*

On or about January 18, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **PHILLIP SHOULDERS**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 26
*(Distribution of Methamphetamine)*

On or about January 25, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **PHILLIP SHOULDERS**, defendant herein, knowingly and intentionally distributed

fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 27
### (*Distribution of Methamphetamine*)

On or about January 30, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **CHANCE ROGERS** and **COREION TOOGOOD**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18, United States Code, Section 2; and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 28
### (*Distribution of Methamphetamine*)

On or about January 30, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRYAN FOSTER**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 29
### (*Distribution of Methamphetamine*)

On or about February 9, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRYAN FOSTER**, defendant herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 30
### (*Possessing a Firearm in Furtherance of a Drug Trafficking Crime*)

On or about February 9, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRYAN FOSTER**, defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 31
### (*Possession of a Firearm by a Prohibited Person*)

On or about February 9, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **PHILLIP SHOULDERS**, defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, an Armscor, Model M1911-A1 FS, .45 caliber pistol, bearing serial

number RIA2302489, and ammunition, with knowledge that he had previously been convicted in

a court a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about January 2, 2019 in Jefferson Circuit Court, Jefferson County,
> Kentucky, in Case Number 17-CR-003147-003, **PHILLIP SHOULDERS**, was
> convicted of three counts of Wanton Endangerment in the First Degree and
> Receiving a Stolen Firearm.

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

### COUNT 32
*(Possession of a Firearm by a Prohibited Person)*

On or about February 9, 2023, in the Western District of Kentucky, Jefferson County,

Kentucky, **LARON BROOME**, defendant herein, knowingly possessed, in and affecting

commerce, a firearm, that is, a Smith and Wesson, Model SD9VE, 9 millimeter pistol, bearing

serial number FXM8437, and ammunition, with knowledge that he had previously been convicted

in a court a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about May 13, 2022 in Jefferson Circuit Court, Jefferson County, Kentucky,
> in Case Number 20-CR-000304, **LARON BROOME**, was convicted of Receiving
> Stolen Property.

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

### COUNT 33
*(Distribution of Methamphetamine)*

On or about February 15, 2023, in the Western District of Kentucky, Jefferson County,

Kentucky, **BRYAN FOSTER**, defendant herein, knowingly and intentionally distributed fifty (50)

grams or more of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 34
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about February 15, 2023, in the Western District of Kentucky, Jefferson County,

Kentucky, **BRYAN FOSTER**, defendant herein, did knowingly possess a firearm, that is, a Smith

and Wesson, M&P 40 Shield M2.0, .40 caliber pistol, bearing serial number JPA1420, and a

Taurus, G2C, 9 millimeter pistol, bearing serial number TMU21470, in furtherance of a drug

trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense

charged in this Superseding Indictment, in violation of Title 21, United States Code, Section

841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 35
*(Possession of a Firearm by a Prohibited Person)*

On or about February 15, 2023, in the Western District of Kentucky, Jefferson County,

Kentucky, **BRYAN FOSTER**, defendant herein, knowingly possessed, in and affecting

commerce, a firearm, that is, a Smith and Wesson, M&P 40 Shield M2.0, .40 caliber pistol, bearing

serial number JPA1420, a Taurus, G2C, 9 millimeter pistol, bearing serial number TMU21470 and

ammunition, with knowledge that he had previously been convicted in a court of a misdemeanor

crime of domestic violence, to wit:

On or about August 2, 2016 in Henderson District Court, Henderson County, Kentucky, in Case Number 16-M-00844, **BRYAN FOSTER**, was convicted of Assault in the Fourth Degree Domestic Violence Minor Injury.

On or about May 23, 2017 in Henderson District Court, Henderson County, Kentucky, in Case Number 17-M-00366, **BRYAN FOSTER**, was convicted of Assault in the Fourth Degree Domestic Violence Minor Injury.

In violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

The Grand Jury further charges:

## COUNT 36
### (*Distribution of Methamphetamine*)

On or about February 20, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **CHANCE ROGERS** and **BRYAN FOSTER**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2, Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 37
### (*Distribution of Methamphetamine*)

On or about March 29, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRYAN FOSTER** and **LARON BROOME**, defendants herein, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 38
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about March 29, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRYAN FOSTER**, defendant herein, did knowingly possess a firearm, that is an Anderson, Model AM-15, multi caliber rifle, bearing serial number 16019819, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 39
*(Distribution of Methamphetamine)*

On or about April 27, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE LEWIS** and                                        , defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

19

The Grand Jury further charges:

## COUNT 40
*(Possession of a Firearm by a Prohibited Person)*

On or about April 27, 2023, in the Western District of Kentucky, Jefferson County,

Kentucky, **ERICK RICHIE**, defendant herein, knowingly possessed, in and affecting commerce,

a firearm, that is, a Micro Draco, 7.62x39 millimeter pistol, bearing serial number ROI 21 PMD-

27589, and ammunition, with knowledge that he had previously been convicted in a court of crime

punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 10, 2017 in Jefferson Circuit Court, Jefferson County,
> Kentucky, in Case Number 15-CR-003300, **ERICK RICHIE**, was convicted of
> two counts of Trafficking in a Controlled Substance in the 1st Degree.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections

841(a)(1), and 846 as charged in this Superseding Indictment, felonies punishable by

imprisonment for more than one year, **DOMINIQUE LEWIS, BRYAN FOSTER, PHILLIP**

**SHOULDERS, LARON BROOME, ERICK RICHIE, CHANCE ROGERS, COREION**

**TOOGOOD, DEVONTAE LINDSEY**, and                                            defendants

herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

and all property constituting, or derived from, proceeds the defendant obtained directly or

indirectly, as a result of said offense, and any and all of the defendant's property used, or intended

to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged

in this Superseding Indictment.

As a result of committing offenses in violation of Title 18, United States Code, Sections 924(c)(1)(A), 922(g)(1), and 922(g)(9), as alleged in this Superseding Indictment, felonies punishable by imprisonment for more than one year, **DOMINIQUE LEWIS**, **BRYAN FOSTER**, **PHILLIP SHOULDERS**, and **LARON BROOME** defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to a SCCY, Model CPX-2, 9-millimeter pistol, bearing serial number 768526, a Taurus, Model G2C, 9 millimeter pistol, bearing serial number ACL 521969, a Taurus, Model G2S, 9 millimeter pistol, bearing serial number ABG 665987, a Ruger, Model EC9S, 9 millimeter pistol, bearing serial number 457-96366, a Diamondback, Model DB9, 9 millimeter pistol, bearing serial number YH9289, an Armscor, Model M1911-A1 FS, .45 caliber pistol, bearing serial number RIA2302489, a Smith and Wesson, Model SD9VE, 9 millimeter pistol, bearing serial number FXM8437,  a Smith and Wesson, M&P 40 Shield M2.0, .40 caliber pistol, bearing serial number JPA1420, a Taurus, G2C, 9 millimeter pistol, bearing serial number TMU21470, Anderson, Model AM-15, multi caliber rifle, bearing serial number 16019819, and a Micro Draco, 7.62x39 millimeter pistol, bearing serial number ROI 21 PMD-27589 and ammunition.

A TRUE BILL.

Redacted

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JRP 12-20-23

UNITED STATES OF AMERICA v. **DOMINIQUE LEWIS, BRYAN FOSTER, PHILLIP SHOULDERS, LARON BROOME, ERICK RICHIE, CHANCE ROGERS, COREION TOOGOOD, DEVONTAE LINDSEY, and**

## PENALTIES

| | |
|---|---|
| Counts 1 and 39: | NL 10 yrs./NM Life/NM $10,000,000/both/NL 5 yrs. Supervised Release |
| Count 2: | NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release |
| Counts 3-6, 8-9, 12, 15, 18, 21, 24-29, 33, 36, 37: | NL 5 yrs./NM 40 yrs./$5,00,000/both/NL 8 yrs. Supervised Release (each count) |
| Counts 7, 11, 14, 17, 19, 22, 30, 34, 38: | NL 5 yrs./NM Life/NM $250,000/both/NL 5 yrs. Supervised Release (consecutive) |
| Counts 10, 13, 16, 20, 23, 31-32, 35, 40: | NM 15 yrs./$250,000/both/NL 3 yrs. Supervised Release |
| Forfeiture | |

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY  40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY  42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY  42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY  42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.