UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                                                          NO. 3:23-cr-00056-RGJ-RSE-7

COREION TOOGOOD                                                                   DEFENDANT

## MOTION FOR RELEASE FROM HOME DETENTION

Comes now the Defendant, Coreion Toogood, by counsel, Rob Eggert, and moves this Court to release him from home detention. In support of this motion, the defendant states the following:

1. Mr. Toogood has been on Home Detention for a significant period of time.

2. He has been compliant in all respects.

3. He has made every Court appearance and has communicated regularly with Counsel.

4. Counsel respectfully submits that, at this point, home detention is no longer necessary to ensure the appearance of the defendant in Court or to protect the community.

5. The defense has no objection to a curfew or any number of other conditions. However, given Mr. Toogood's performance to date, the defense submits that home detention is unnecessary.

WHEREFORE, the defendant respectfully moves this Court to enter the Order attached hereto.

**Respectfully submitted**,

*/s/   Rob Eggert*
**ROB EGGERT**
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 2, 2024, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                                    /s/   *Rob Eggert*
                                                    **ROB EGGERT**