UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | NO. 3:23-cr-00056-RGJ-RSE-7 |
| COREION TOOGOOD | DEFENDANT |

### **ORDER**

Motion having been made, and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is SUSTAINED.

IT IS FURTHER ORDERED that the defendant's conditions of bail are amended and that he is hereby released from home detention.